To Court of Criminal Appeals, Clerk                    May 12, 2015

        Would you please send me a docket sheet of everything
that has been received by this Court on my cases.
My case numbers are:
    Trial Court Case Numbers  51006-01C,  51007-01C,
                        51008-01C,  51009-01C


    Re: Writ Case Numbers   WR-75,914-01,  WR-75,914-03,
                        WR-75,914-02,  WR-75,914-04



                        Thank You

                        Ricardo Cavazos #1358886

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 15 2015
Abel Acosta, Clerk